SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 31 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: _____

COUNTY: Rankin

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 3:23-cr-63-TSL-LGI
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

DEFENDANT INFORMATION:

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED:  X  YES ___ NO

NAME/ALIAS: Daniel Ready Opdyke

U.S. ATTORNEY INFORMATION:

AUSA  Erin O. Chalk    BAR # 101721

INTERPRETER:  X  NO ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

LOCATION STATUS:    ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

U.S.C. CITATIONS

TOTAL # OF COUNTS:  1   ___ PETTY  ___ MISDEMEANOR   1  FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  18:242.F | 18 U.S.C § 242 | Deprivation of Rights Under Color or Law | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

SIGNATURE OF AUSA: *ErO. Chalk*

Revised 9/22/2020